**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Norfolk Division

GLENDA L. MAYNARD,

    Plaintiff,

        v.                              Civil Action No. 2:20-cv-597

OLD DOMINION UNIVERSITY,

    Defendant.

**ORDER**

Upon consideration of the parties' briefing, relevant legal authority, and as set forth in the Court's Memorandum Opinion, Defendant's Motion for Summary Judgment, ECF No. 14, is **GRANTED**. Defendant's request for a hearing, ECF No. 23, is **DENIED**. Defendant's Omnibus Motions in Limine Nos. 1–3, ECF No. 24, are **DENIED AS MOOT**.

It is so ORDERED.

The Court directs the Clerk to close the case and send a copy of this order to all counsel of record.

/s/
_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia Date:
February 28, 2023